**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 340 MAL 2015
:
                Respondent   :
   : Petition for Allowance of Appeal from the
   : Order of the Superior Court
       v.            :
:
:
:
HORATIO MANDUS NIMLEY,   :
:
                Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.